IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JG Technologies LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Tesla, Inc. d/b/a Tesla Motors, Inc.,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>NO. 2:20-cv-172<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

This 31st day of May, 2020.

　　　　　　　　　　　　　　　　　　　/s/Daniel A. Kent
　　　　　　　　　　　　　　　　　　　Daniel A. Kent
　　　　　　　　　　　　　　　　　　　  dankent@kentrisley.com
　　　　　　　　　　　　　　　　　　　  Tel:  (404) 585-4214
　　　　　　　　　　　　　　　　　　　  Fax:  (404) 829-2412
　　　　　　　　　　　　　　　　　　　Stephen R. Risley
　　　　　　　　　　　　　　　　　　　  steverisley@kentrisley.com
　　　　　　　　　　　　　　　　　　　  Tel:  (404) 585-2101
　　　　　　　　　　　　　　　　　　　  Fax:  (404) 389-9402
　　　　　　　　　　　　　　　　　　　Cortney S. Alexander
　　　　　　　　　　　　　　　　　　　  cortneyalexander@kentrisley.com
　　　　　　　　　　　　　　　　　　　  Tel:  (404) 855-3867
　　　　　　　　　　　　　　　　　　　  Fax:  (770) 462-3299
　　　　　　　　　　　　　　　　　　　KENT & RISLEY LLC
　　　　　　　　　　　　　　　　　　　5755 N Point Pkwy Ste 57
　　　　　　　　　　　　　　　　　　　Alpharetta, GA 30022

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff